**[Doexstsh]** [ORDER EXTENDING STAY AND SCHEDULING HEARING]

ORDERED.

**Dated: November 21, 2017**

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                             Case No. 6:17−bk−07182−KSJ
                                                                                   Chapter 13
Yaritza Rivera

_____Debtor*_____/

**ORDER EXTENDING STAY AND SCHEDULING PRELIMINARY HEARING**

THIS CASE came on for consideration without a hearing on the Motion to Extend Stay (Document No. 7) filed by the Debtor. The Court is not able to schedule a hearing in compliance with 11 U.S.C. 362(c)(3)(B) within thirty days and finds that in as much as it is necessary, the automatic stay will be extended until such time as a hearing can be scheduled. Accordingly, it is

**ORDERED** as follows:

1. The automatic stay is continued in full force and effect pending further order of this Court.

2. The preliminary hearing is set for 12/13/17 at 11:00 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801. .

<u>Avoid delays.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.